```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


CONRAD RICHARD                              CIVIL ACTION

VERSUS                                      NO: 13-4895

PARISH OF ORLEANS DISTRICT                  SECTION: R(4)
COURT, STATE OF LOUISIANA
```

### ORDER AND REASONS

Before the Court is plaintiff Conrad Richard's pro se petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254,[1] and the Magistrate Judge's Report and Recommendation ("R&R") that Richard's petition be denied and dismissed without prejudice for failure to exhaust state court remedies.[2] The Court, having reviewed *de novo* the complaint, the record, the applicable law, the Magistrate Judge's R&R, and the plaintiff's objections to the Magistrate Judge's R&R,[3] hereby approves the R&R and adopts it as its opinion.

In his objections to the R&R, plaintiff does not challenge the precedent cited by the Magistrate Judge or raise any new arguments disputing the Magistrate Judge's analysis.[4] Instead, plaintiff reiterates substantive arguments from his petition concerning whether the state trial court improperly and unconstitutionally

---

[1] R. Doc. 1.

[2] R. Doc. 17.

[3] R. Doc. 20.

[4] R. Doc. 20.

extended plaintiff's conditional release and supervised probation.[5] These arguments are not relevant to the Magistrate Judge's analysis in the R&R because the Magistrate Judge recommended that plaintiff's petition be dismissed without prejudice on procedural grounds.[6] Plaintiff failed to appeal the state trial court's ruling following the June 4, 2013, hearing.[7] Because plaintiff failed to exhaust available state court remedies, plaintiff's petition for a writ of *habeas corpus* cannot properly be considered at this time.

Furthermore, Rule 11(a) of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)) (internal quotations omitted).

---

[5] R. Doc. 20.

[6] R. Doc. 17.

[7] *Id.* at 10, 18-19.

The Court finds that plaintiff's petition, in conjunction with his objections to the Magistrate Judge's R&R, does not satisfy this standard.

Accordingly,

Conrad Richard's petition for a writ of *habeas corpus* is DISMISSED WITHOUT PREJUDICE. The Court will not issue a certificate of appealability.

**New Orleans, Louisiana, this  24th  day of September, 2014.**

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**